161 So.2d 282

**Mrs. Margie BROWN, Individually and as Natural Tutrix of the Minors, James D. Brown, Jr., and Tybera Doreen Brown,**

v.

**SOUTHERN FARM BUREAU CASUALTY CO., H. G. Odom, and Maryland Casualty Company.**

**No. 47137.**

March 16, 1964.

In re: Mrs. Margie Brown, etc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne. 160 So.2d 242.

Writ refused. On the facts found by the Court of Appeal the result is correct.